UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE RENE SCOTT, | No. 2:17-CV-02444-GGH |
| Petitioner, | |
| v. | ORDER |
| STU SHERMAN, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed what purports to be an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a), 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

In reviewing the pleading filed by petitioner it is clear that he is not sufficiently familiar with the requirements for presenting a complete habeas corpus petition required under section 2254. As a result the court will direct the Clerk of the Court to provide him with this District's form habeas corpus petition to assist him in filing an appropriate pleading. Petitioner shall, within 45 days of the date of this Order return a completed copy of each of the foregoing documents.

////

1

1      In light of the foregoing IT IS HEREBY ORDERED that:

2      1.     The Petition will dismissed with leave to amend;

3      2.     The Clerk of the Court is directed to send petitioner the following documents:

4           a.  A copy of the in forma pauperis form used by this district;

5           b.  A copy of the approved Petition for Writ of Habeas Corpus form used by this

6           District

7      3.  Petitioner shall file his amended petition, using this court's approved form, 45 days

8        after the date of the issuance of this Order together with either the required filing fee

9        or a completed in forma pauperis request.

10  Dated: December 4, 2017

11                           /s/ Gregory G. Hollows
                     UNITED STATES MAGISTRATE JUDGE