UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE RENE SCOTT,<br><br>    Petitioner,<br><br>  v.<br><br>STU SHERMAN,<br><br>    Respondent. | No. 2:17-cv-02444<br><br><br>ORDER |

Petitioner is appearing pro se in this habeas corpus action. He filed his petition on November 20, 2017, ECF No. 1, however he did not either seek in forma pauperis status or pay the filing fee applicable in this court. On December 4, 2017 the court issued an Order dismissing the petition with 45 days leave to amend and directed that petitioner either file a request for in forma pauperis status or pay the court's filing fee. ECF No. 3.

On December 22, 2017 petitioner requested an additional 45 days to file his amended petition. ECF No. 4. He did not file an in forma pauperis application at that time.

In light of the foregoing, IT IS HEREBY ORDERED THAT:

1. Petitioner shall have 45 days from the date of this Order to file a First Amended Petition for Habeas Corpus titled as such;

2. Petitioner shall have 30 days from the date of this Order to file either his completed application for in forma pauperis status or to pay the court's filing fee.

1

3. No further extensions will be granted.

**IT IS SO ORDERED.**

Dated: January 2, 2018

<u>/s/ Gregory G. Hollows</u>
UNITED STATES MAGISTRATE JUDGE