UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE RENE SCOTT,<br><br>    Petitioner,<br><br>    v.<br><br>STU SHERMAN,<br><br>    Respondent. | No. 2:17-cv-02444-TLN-GGH<br><br>ORDER |

    On May 8, 2018, petitioner filed a Motion to Vacate the Judgment, ECF No. 16, that was entered on March 14, 2018. ECF No. 14. Between the time of the entry of judgment and the filing of this new Motion, petitioner also filed a petition for writ of mandamus with the Ninth Circuit Court of Appeals. ECF No. 18. The Appellate Court has since returned that petition to this court and directed the Clerk to docket it as a notice appeal. ECF No. 17 at 2.

    The instant Motion to Vacate essentially duplicates an earlier filed Motion to Vacate, ECF No. 10, which was ultimately dismissed by the District Court as a successive petition. ECF No. 13. Thus, the court will not entertain the motion yet a third time, but will leave the petitioner either to abandon his efforts, or to continue with his appeal to the Ninth Circuit Court of Appeals.

    In light of the foregoing IT IS HEREBY ORDERED that:

    1.    Petitioner's Motion to Vacate the Judgment under Federal Rule of Civil Procedure 60(b) is DENIED;

2. The Clerk of the Court shall not docket any further documents filed by petitioner in this closed case.

DATED: July 3, 2018

                                          /s/ Gregory G. Hollows
                              UNITED STATES MAGISTRATE JUDGE